

# In the United States Court of Federal Claims

No. 17-941C
(Filed: August 22, 2017)

**FILED**

AUG 2 2 2017

U.S. COURT OF
FEDERAL CLAIMS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SIGFRID BRADSHAW,                        \*
                                         \*
            Plaintiff,                   \*
                                         \*
v.                                       \*
                                         \*
THE UNITED STATES,                       \*
                                         \*
            Defendant.                   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Plaintiff, proceeding <u>pro se</u>, filed his complaint in the above-captioned case on July 11, 2017, without the required $400.00 in filing fees or a completed application to proceed in forma pauperis ("IFP").  On July 14, 2017, the court ordered plaintiff to either pay the filing fees or submit an IFP application (which was attached to the order) no later than Monday, August 14, 2017, to avoid dismissal of his case.  However, as of this date, plaintiff has failed to either pay the filing fees or submit an IFP application.

Therefore, pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims, the case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.  No costs. The clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

MARGARET M. SWEENEY
Judge